**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| THOMAS WHATLEY, III, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:13-cv-00428-RAS |
| vs. § | |
| § | |
| HOVG, LLC d/b/a Bay Area Credit Service, § | |
| LLC, § | |
| Defendant. § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated: November 7, 2013.

                                                      Respectfully submitted,

                                                      By: s/Joseph Panvini
                                                      Joseph Panvini
                                                      AZ Bar No. 028359
                                                      Weisberg & Meyers, LLC
                                                      5025 North Central Ave., #602
                                                      Phoenix, AZ 85012
                                                      Telephone: (888) 595-9111 ext. 125
                                                      Facsimile: (866) 565-1327
                                                      jpanvini@AttorneysForConsumers.com
                                                      Attorney for Plaintiff, Thomas Whatley, III

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| THOMAS WHATLEY, III, § | |
|    Plaintiff, § | |
| § | CIVIL ACTION NO. 4:13-cv-00428-RAS |
| vs. § | |
| § | |
| HOVG, LLC d/b/a Bay Area Credit Service, § | |
| LLC, § | |
|    Defendant. § | |

**CERTIFICATE OF SERVICE**

I certify that on November 7, 2013, I electronically filed the foregoing Notice of Dismissal with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the court.

/s/ Joseph Panvini
Joseph Panvini